# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Search of

Information associated with a QuickBooks account associated to the user "ColoradoPSE@gmail.com" which is stored on premises owned, maintained, controlled, or operated by Intuit, a company headquartered at 2700 Coast Avenue, Mountain View, CA 94043, more fully described in Attachment A, attached hereto,

Case No. 19-sw-5457-NRN

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the <u>State and District of Colorado and elsewhere</u>,

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

The person or property to be searched, described above, is believed to conceal

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before May 8, 2019
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Magistrate Judge N. Reid Neureiter.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 and 3103(a) (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 04/24/2019, 1:15 pm

*Judge's signature*

City and state: Denver, Colorado

Magistrate Judge N. Reid Neureiter
*Printed name and title*

| *Return* | | |
|---|---|---|
| *Case No.:* 19-sw-05457-NRN | *Date and time warrant executed:* April 24, 2019 @ 10:00 p.m. | *Copy of warrant and inventory left with:* In case file |

*Inventory made in the presence of :*
 TFO Michael Thrapp, FBI RMSSTF

*Inventory of the property taken and name of any person(s) seized:*

The following files were downloaded from the aforementioned Quickbooks account on May 30, 2019, by TFO Christopher Pyler:
dee78a7e-4a21-4117-854c-f7e7928663a3 - 583 KB
371defae-f63b-48b5-b71e-6ea5261c2b24 - 81 KB
844217fd-3736-46ec-81eb-2cb3c0bd4ff0 - 740 KB
Audit Log - 130 KB
Audit Log 0515 - 122 KB
Colorado PSE, LLC.-copied-20190515043532 May 30, 2019 [folder] - 176 KB
Colorado PSE, LLC.-copied-20190520110940 May 30, 2019 [folder] - 176 KB

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*1:50 pm, Jun 19, 2019*
**JEFFREY P. COLWELL, CLERK**

*Certification*

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

*Date:* June 12, 2019

*s/Christopher Pyler*
*Executing officer's signature*

TFO Christopher Pyler, FBI RMSSTF
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with a QuickBooks account associated to the user "ColoradoPSE@gmail.com" which is stored on premises owned, maintained, controlled, or operated by Intuit, a company headquartered at 2700 Coast Avenue, Mountain View, CA 94043.

## ATTACHMENT B

### Particular Things to be Seized

### I. Information to be disclosed by Intuit, Inc. (the "Provider")

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a. The contents of any accounts related to the user ColoradoPSE@gmail.com including any records related to tacking income and expenses; invoices and accepting payments; and tax related records and business expenses including mileage.

b. All records or other information regarding the identification of the accounts, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the accounts were created, the length of service, the IP address used to register the accounts, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c. The types of service utilized;

d. All records or other information stored by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files; and

e.	All records pertaining to communications between the Provider and any person regarding the accounts, including contacts with support services and records of actions taken.

The Provider is hereby ordered to disclose the above information to the government within **fourteen (14) days** of service of this warrant.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)**

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Intuit, Inc., and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Intuit, Inc. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Intuit, Inc., and they were made by Intuit, Inc. as a regular practice; and

    b.    such records were generated by Intuit, Inc.'s electronic process or system that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Intuit, Inc. in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by Intuit, Inc., and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____   _____
Date                             Signature